AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

CENTRAL DISTRICT OF CALIFORNIA

LAUREN J. SALKIN, an individual

*Plaintiff(s)*

v.

TAYLOR SHERIDAN, an individual; JOHN LINSON, an individual, BOSQUE RANCH PRODUCTIONS, INC., a California Corporation (See Attachment #1)

*Defendant(s)*

Civil Action No. 2:26-cv-9339

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company
30 Rockefeller Plaza
New York, NY 10112

NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company
c/o 1505 Corporation, CT Corporation
Amanda Garcia
330 N. Brand Blvd.
Glendale, CA 91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ashley R. Fickel (State Bar Number 237111)
STINSON LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Telephone: 310.730.7020/Facsimile: 310.730.7019/ashley.fickel@stinson.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-9339

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ____________________

☐ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ____________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________
____________________, a person of suitable age and discretion who resides there,
on *(date)* ____________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________________, who is
designated by law to accept service of process on behalf of *(name of organization)* ____________________
______________________________ on *(date)* ____________________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: ____________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

Ashley R. Fickel (State Bar Number 237111)
STINSON LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, California 90067
Telephone: 310.730.7020
Facsimile: 310.730.7019
ashley.fickel@stinson.com

Attorneys for Plaintiff
Lauren J. Salkin

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| LAUREN J. SALKIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TAYLOR SHERIDAN, an individual; JOHN LINSON, an individual; ART LINSON, an individual; BOSQUE RANCH PRODUCTIONS, INC., a California corporation; LINSON ENTERTAINMENT, INC., a California corporation; PARAMOUNT GLOBAL (f/k/a Viacom CBS Inc.), a Delaware corporation; VIACOM INTERNATIONAL, INC., a Delaware corporation; 101 STUDIOS, LLC, a Delaware limited liability company; NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company; ALLIANCE ENTERTAINMENT HOLDING CORPORATION, a Delaware corporation; ELEVATE ENTERTAINMENT, LLC, a California limited liability company; and DOES 1-50,<br><br>Defendants. | Case No. 2:26-cv-9339<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LAUREN J. SALKIN v. TAYLOR SHERIDAN, AN INDIVIDUAL, et al.
CASE NO.: 2:26-cv-09339

ATTACHMENT #1 TO SUMMONS

**DEFENDANTS:**

LINSON ENTERTAINMENT, INC., A CALIFORNIA CORPORATION; PARAMOUNT GLOBAL (F/K/A VIACOM CBS INC.), A DELAWARE CORPORATION; VIACOM INTERNATIONAL, INC., A DELAWARE CORPORATION; 101 STUDIOS, LLC, A DELAWARE LIMITED LIABILITY COMPANY; NBCUNIVERSAL MEDIA, LLC, A DELAWARE LIMITED LIABILITY COMPANY; ALLIANCE ENTERTAINMENT HOLDING CORPORATION, A DELAWARE CORPORATION; ELEVATE ENTERTAINMENT, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY